IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEMAR ROGELO WHITE,** | : | CIVIL ACTION NO. 1:23-CV-1045 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **CRAIG LOWE,** | : | |
| Respondent | : | |

## ORDER

AND NOW, this 27th day of September, 2023, upon consideration of the petition (Doc. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition (Doc. 1) for writ of habeas corpus is DENIED without prejudice.

2. Petitioner's motion to expedite (Doc. 3) is DENIED AS MOOT.

3. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania